# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

REV. STEFON A. WILLIAMS AND
JEFFREY E. WILLIAMS

NO. 2021 CW 1325

VERSUS

DYNAMIC THERAPY, LLC, ET AL.

**MARCH 7, 2022**

---

In Re:  Rev. Stefon A. Williams and Jeffrey E. Williams, et al., applying for rehearing, 18th Judicial District Court, Parish of Iberville, No. 74984.

---

**BEFORE:  WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT